IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DEVIN BROWN,

Plaintiff,

v. Case No. 16CV0979

JAMES ECK,

Defendant.

**DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED FINDINGS OF FACTS (DKT. 24)**

Defendant, by his attorneys, submits these responses to Plaintiff's Proposed Findings of Facts (Dkt. 24):

1. I went to the sergeant's desk after 2 am and asked Correctional Officer Eck to be seen by a nurse because I was having difficulty breathing with throbbing back and chest pains. (Complaint at 4-10; Docket #10 Brown's Decl. #2)

**RESPONSE: Disputed that Brown told Eck he was having chest pains or difficulty breathing (Eck Decl. ¶¶ 9-10). Disputed to the extent Brown suggests Eck subjectively perceived Brown had a serious medical need (Eck Decl. ¶¶ 9-17).**

2. Eck told me that nurse's leave at 12 am on the weekends and I will have to wait. (Complaint at 5-10 Docket #10) Brown's Decl. #3

**RESPONSE: Disputed as to assertion that Eck told Brown he would "have to wait" because the evidence cited does not support this assertion. Otherwise undisputed.**

3. I had no choice but to go to my bunk and suffer pain until next shift.

**RESPONSE: Defendants object because Plaintiff cites no evidence in support of this proposed findings of fact.**

4. When shift changed at 5:30 am, I spoke to Sgt. Saigon and he made a call to HSU about my condition. Brown's Decl. #4.

**RESPONSE: Undisputed.**

5. Additionally, I filled out a medical slip and hand delivered it to a nurse that was making her regular rounds around 6:45 am. (Docket #10 Ex. #4) Brown's Decl. #5.

**RESPONSE: Undisputed.**

6. When I was seen by medical personnel the next day she checked my vitals, prescribed me treatment, and scheduled another appointment. See Ex. #11 and Brown's Decl. #6.

**RESPONSE: Undisputed.**

7. While housed in Dorm A of Green Bay Correctional Institution on September 13, 2015. (Docket #10 Paragraph 1-6; Decl. #2)

**RESPONSE: Undisputed.**

Dated this 1st day of September, 2017.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

s/Samuel T. Berg
SAMUEL T. BERG
Assistant Attorney General
State Bar #1086604

Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229
(608) 267-8906 (Fax)
bergst@doj.state.wi.us